# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SHEILA M. MILLER ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> ACTING COMMISSIONER OF SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br> Defendant. ) | No. CV 13-5092-JAK (PLA) <br><br> **JUDGMENT** |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: November 13, 2014

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE